QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
James Timothy Banks


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-04-0011 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND** |
| JAMES TIMOTHY BANKS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


Plaintiff United States of America, represented by William S. Wong, Assistant United States Attorney, and defendant James Timothy Banks, represented by Quin Denvir, Federal Defender, in order to resolve defendant's pending Motion for Return of Property under Rule 41(g), Fed. R. Crim. P., hereby stipulate and agree as follows:

    1.   Defendant shall release all claim and title to
         the Jennings .22 caliber pistol designated as
         Evidence Item G-8 and the government shall
         retain possession and control of that firearm;

1

2.   Upon proof of identity of the recipient, the
$960 seized from defendant on December 23,
2003 and designated as Evidence Item M-1
shall be returned to defendant and/or any
person designated by him in writing;

3.   Upon proof of identity of the recipient, the
Ruger .40 caliber, Winchester .22 caliber,
Winchester 30-06 caliber, Marlin .35 caliber,
Winchester 30/30 caliber, Marlin .22 caliber,
and Savage .22 caliber rifles, designated as
Evidence Items G-1 through G-7, shall be released
to defendant's father William Henry Banks, SSN
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, DOB 12/28/1943, on condition that
William H. Banks is not a convicted felon, who
shall not thereafter transfer them except in
compliance with state and federal firearms law;

4.   Upon proof of identity of the recipient, the
items designated as Evidence Items JS-1, JS-2,
G6A, G7A, and G8A shall be released to
defendant's father, William Henry Banks.

5.   Upon proof of identity of the recipient, the
items designated as Evidence Items SH-4, SH-6,
SH-7, SH-8, SH-9, SH-10, and SH-11 shall be
released to defendant and/or any person designated
by him in writing;

1        In light of this resolution, the defendant withdraws his

2   pending motion for return of property.

3                              Respectfully submitted,

4

DATED:  October 4, 2005      /s/ Quin Denvir

5                                QUIN DENVIR
                                 Federal Defender
6                                Attorney for James Banks

7

8                                MCGREGOR W. SCOTT
                                 United States Attorney
9

10  DATED:  October 4, 2005      /s/ William S. Wong

                                 WILLIAM S. WONG
11                               Assistant U. S. Attorney

12

13

14                           **O R D E R**

15

16       FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

17

18  DATED:  October 11, 2005     /s/ Frank C. Damrell Jr.

                                 FRANK C. DAMRELL, Jr.
19                               United States District Judge

20

21

22

23

24

25

26

27

28  U.S. v. Banks
    04cr0011 FCD
    Stip/Proposed Order            3